UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LAUREN E. DELCAMP,

        Plaintiff,                      Case No. 1:08cv793

v.                                    Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.

_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on September 8, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 8, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner should re-evaluate the opinions of Dr. Mack regarding the extent of plaintiff's mental limitations.

                                                    /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE

DATED: September 24, 2009.